EARLE, Respondent, v. GORHAM MANUF'G CO. et al., Appellants. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Lillie J. Earle against the Gorham Manufacturing Com-

pany and George H. Robinson, as trustees, etc. G. M. Pinney, for appellants. A. J. Dittenhoefer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.